**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
ALEXIS M. WOOD (270200)
*alexis@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 546-6665

### UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DEMISON, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>GSCM VENTURES, INC. d/b/a PACIFIC NATURALS, a Nevada Corporation,<br><br>Defendant. | CASE NO.: 15-cv-1067-CAB-JMA<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNATRY DISMISSAL OF PLAINTIFF'S CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE THAT** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Danielle Demison hereby dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class.

DATED: September 25, 2015

**THE LAW OFFICES OF RONALD A. MARRON**

*/s/ Ronald A. Marron*
RONALD A. MARRON
*ron@consumersadvocates.com*

Attorneys for Plaintiff
DANIELLE DEMISON

1